# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| HUI QUN DENG, etc., *et al.*, | ) | |
| Plaintiff, | ) | 2:10-cv-0277-PMP-RJJ |
| vs. | ) | |
| OFFICER MICHAEL LOEFLER, etc., *et al.*, | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on November 15, 2010, and January 3, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __16th__ day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge