# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HUI QUN DENG, *et al.*,

        Plaintiffs,

vs.

OFFICER MICHAEL LOEFLER, *et al.*,

        Defendants.

Case No. 2:10-cv-00277-PMP-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file an interim status report required by LR 26-3. Order #19 filed September 16, 2010, required the parties to file an interim status report no later than November 15, 2010 and January 3, 2011. To date the parties have not complied. Accordingly,

      **IT IS ORDERED** counsel for the parties shall file an interim status report which fully complies with LR 26-3 no later than **January 21, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 10th day of January, 2011.

                                GEORGE FOLEY, JR.
                                United States Magistrate Judge