

1 | E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
2 | E. BRENT BRYSON, P.C.
2775 S. Rainbow Blvd., Suite 102
3 | Las Vegas, Nevada 89146
*Attorney for Plaintiff*
4

5 | **UNITED STATES DISTRICT COURT**

6 | **DISTRICT OF NEVADA**

7

8 | HUI QIN DENG, individually, and as Special    )    Case No. 2:10-cv-00277-PMP-GWF
Administratrix of the Estate of DAECHULL    )
CHUNG,    )
9 |    )
   )
10 |             Plaintiff,    )
   )
11 | vs.    )
   )
12 | OFFICER CHRISTOPHER DENNIS, in his    )
individual and official capacity; DOES I through    )
13 | X inclusive; and DOES XI through XX inclusive,    )
   )
14 |             Defendants.    )
   )

15

16 | **STIPULATION AND ORDER TO AMEND JOINT PRETRIAL ORDER**

17 |       COMES NOW, Plaintiff, Hui Qin Deng, individually, and as Special Administratrix of

18 | the Estate of Daechull Chung, by and through her attorney E. Brent Bryson, Esq. of the law

19 | offices of E. Brent Bryson, P.C., and files her Stipulation and Order to Amend Joint Pretrial

20 | Order.

21 |       The parties hereby Stipulate to an amendment of the joint pre trial order as follows:

22 |       Under section III Statement of Admitted Facts, the following facts shall be added.

23 |       8)      That the Decedent had been formally diagnosed with Schizophrenia prior to

24 | March 16, 2008;

25 |       9)      That the Decedent was unemployed and was receiving disability benefits for his

26 | mental illness on March 16, 2008;

27 |       10)      That Defendant officer Dennis had no prior knowledge of the Decedent's mental

28 | illness at the time he responded to the general area of 1500 Living Desert on March 16, 2008.

1

1    11)    That the Decedent's toxicology report as part of the autopsy performed by the

2    Clark County Coroner's Office established that the Decedent did not have any illegal or

3    prescription drugs, or alcohol in his system at the time he was shot on March 16, 2008.

4    12)    When paramedic Kyle Stephen arrived on scene, he saw a knife in the right hand

5    of the Decedent and kicked the knife out of the Decedent's hand.

6    Under Section VII Exhibits.  Exhibits q, r, s, t, u, and v shall be removed from the

7    Stipulated Exhibits.

8    That the following exhibits shall be added under the Stipulated Exhibits:

9    Voluntary Statement of officer Michael Loeffler;

10    Voluntary Statement of Defendant officer Christopher Dennis;

11    Voluntary Statement of Brent Fisher;

12    Voluntary Statement of Brenda Griffin;

13    Voluntary Statement of Ann Lewis;

14    \ \ \

15    \ \ \

16    \ \ \

17    \ \ \

18    \ \ \

19    \ \ \

20    \ \ \

21    \ \ \

22    \ \ \

23    \ \ \

24    \ \ \

25    \ \ \

26    \ \ \

27    \ \ \

28    \ \ \

1     Voluntary Statement of Kyle Stephens.

2     All objections by the parties to the above Voluntary Statements are hereby waived.

3     DATED this __ day of July, 2013.

4

5     MARQUIS AURBACH COFFING          E. BRENT BRYSON, P.C.

6

7     By _____         By _____
        CRAIG R. ANDERSON, ESQ.          E. BRENT BRYSON, ESQ.

8        Nevada Bar No. 6882              Nevada Bar No. 4933
        10001 Park Run Drive             2775 S. Rainbow Blvd., Suite 102
        Las Vegas, Nevada 89145         Las Vegas, Nevada 89146

9        *Attorney for Defendants*          *Attorney for Plaintiff*

10

11                          **ORDER**

      IT IS SO ORDERED this 8th day of July, 2013.

12

13                               _____

14                          UNITED STATES DISTRICT JUDGE

     Submitted by:

15

16     E. BRENT BRYSON, P.C.

17     By _____
        E. BRENT BRYSON, ESQ

18        Nevada Bar No. 4933
        2775 S. Rainbow Blvd., Suite 102

19        Las Vegas, Nevada 89146

20

21

22

23

24

25

26

27

28