

FILED

JUL 08 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1   E. BRENT BRYSON, ESQ.
    Nevada Bar No. 4933
2   E. BRENT BRYSON, P.C.
    2775 S. Rainbow Blvd., Suite 102
3   Las Vegas, Nevada 89146
    *Attorney for Plaintiff*

4

5                 **UNITED STATES DISTRICT COURT**

6                     **DISTRICT OF NEVADA**

7

8   HUI QIN DENG, individually, and as Special   )  Case No. 2:10-cv-00277-PMP-GWF
    Administratrix of the Estate of DAECHULL   )
9   CHUNG,   )
                            )
10               Plaintiff,   )
                            )
11   vs.   )
                            )
12   OFFICER CHRISTOPHER DENNIS, in his   )
    individual and official capacity; DOES I through   )
13   X inclusive; and DOES XI through XX inclusive,   )
                            )
14              Defendants.   )
    _____)

15

16       **STIPULATION AND ORDER TO AMEND JOINT PRETRIAL ORDER**

17           COMES NOW, Plaintiff, Hui Qin Deng, individually, and as Special Administratrix of

18   the Estate of Daechull Chung, by and through her attorney E. Brent Bryson, Esq. of the law

19   offices of E. Brent Bryson, P.C., and files her Stipulation and Order to Amend Joint Pretrial

20   Order.

21           The parties hereby Stipulate to an amendment of the joint pre trial order as follows:

22           Under section III Statement of Admitted Facts, the following facts shall be added.

23           8)       That the Decedent had been formally diagnosed with Schizophrenia prior to

24   March 16, 2008;

25           9)       That the Decedent was unemployed and  was receiving disability benefits for his

26   mental illness on March 16, 2008;

27           10)      That Defendant officer Dennis had no prior knowledge of the Decedent's mental

28   illness at the time he responded to the general area of 1500 Living Desert on March 16, 2008.

1          11)     That the Decedent's toxicology report as part of the autopsy performed by the

2   Clark County Coroner's Office established that the Decedent did not have any illegal or

3   prescription drugs, or alcohol in his system at the time he was shot on March 16, 2008.

4          12)     When paramedic Kyle Stephen arrived on scene, he saw a knife in the right hand

5   of the Decedent and kicked the knife out of the Decedent's hand.

6          Under Section VII Exhibits.  Exhibits q, r, s, t, u, and v shall be removed from the

7   Stipulated Exhibits.

8          That the following exhibits shall be added under the Stipulated Exhibits:

9          Voluntary Statement of officer Michael Loeffler;

10         Voluntary Statement of Defendant officer Christopher Dennis;

11         Voluntary Statement of Brent Fisher;

12         Voluntary Statement of Brenda Griffin;

13         Voluntary Statement of Ann Lewis;

14   \ \ \

15   \ \ \

16   \ \ \

17   \ \ \

18   \ \ \

19   \ \ \

20   \ \ \

21   \ \ \

22   \ \ \

23   \ \ \

24   \ \ \

25   \ \ \

26   \ \ \

27   \ \ \

28   \ \ \

1    Voluntary Statement of Kyle Stephens.

2    All objections by the parties to the above Voluntary Statements are hereby waived.

3    DATED this __ day of July, 2013.

4

5    MARQUIS AURBACH COFFING                    E. BRENT BRYSON, P.C.

6
     By                                        By
7       CRAIG R. ANDERSON, ESQ.                   E. BRENT BRYSON, ESQ.
        Nevada Bar No. 6882                       Nevada Bar No. 4933
8       10001 Park Run Drive                      2775 S. Rainbow Blvd., Suite 102
        Las Vegas, Nevada 89145                   Las Vegas, Nevada 89146
9       *Attorney for Defendants*                 *Attorney for Plaintiff*

10
                                  **ORDER**
11
        IT IS SO ORDERED this 8th day of July, 2013.
12

13

14                                          UNITED STATES DISTRICT JUDGE

15   Submitted by:

     E. BRENT BRYSON, P.C.
16

17   By
        E. BRENT BRYSON, ESQ
18      Nevada Bar No. 4933
        2775 S. Rainbow Blvd., Suite 102
19      Las Vegas, Nevada 89146

20

21

22

23

24

25

26

27

28

                                        3